ILND 450 (Rev. 10/13) Judgment in a Civil Action

# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

U.S. Equal Employment Opportunity Commission,

Plaintiff(s),

v.

Anchor Staffing,

Defendant(s).

Case No. 17-cv-07899
Judge Andrea R. Wood

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

which ☐ includes         pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Judgment entered in favor of Plaintiff U.S. Equal Employment Opportunity Commission and against Defendant Anchor Staffing.

This action was *(check one)*:

☐ tried by a jury with Judge Andrea R. Wood presiding, and the jury has rendered a verdict.
☐ tried by Judge Andrea R. Wood without a jury and the above decision was reached.
☒ decided by Judge Andrea R. Wood on a motion for entry of consent decree [30].

Date: 6/22/2018

Thomas G. Bruton, Clerk of Court

Enjoli Fletcher, Deputy Clerk